FILED: September 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4608

(3:13-cr-00153-RJC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZACHARY NATHANIEL GRAVES

      Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk