FILED: December 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4608
(3:13-cr-00153-RJC-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ZACHARY NATHANIEL GRAVES

  Defendant - Appellant

_____

O R D E R
_____

The court relieves appellant's court-appointed counsel, Peter Marshall Wood, from the obligation of further legal representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk